

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Harold R. LUHN and Luther J. Hueske, Plaintiffs–Appellees,**

v.

**Cecil SCOTT, Defendant–Appellant,**

and

**Armor Products, Inc., Defendant.**

**No. 2008–1084.**

United States Court of Appeals, Federal Circuit.

July 11, 2008.

Robert M. Bowick, Matthews, Lawson & Bowick, PLLC, of Houston, TX, argued for plaintiffs-appellees.

Rick B. Yeager, of Austin, TX, argued for defendant-appellant.

Before LOURIE, Circuit Judge, CLEVENGER, Senior Circuit Judge, and MOORE, Circuit Judge.

**PRECISION IMAGES, LLC, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2008–5012.**

United States Court of Appeals, Federal Circuit.

July 11, 2008.

Cyrus E. Phillips, IV, of Washington, DC, argued for plaintiff-appellant.

Joseph E. Ashman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director.